UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 27, 2017

_____

No. 17-1322
(8:15-cv-00983-PWG)

_____

MICHELE E. MINOR, Personally and as the Personal Representative of the Estate of Michael R. Minor; KIRA R. SIMMONS, As the Next Best Friend of MJM, a Minor

       Plaintiffs - Appellants

v.

PRINCE GEORGE'S COUNTY, MARYLAND; DEPUTY SHERIFF KENDAL WADE

       Defendants - Appellees

and

SHERIFF MELVIN C. HIGH

       Defendant

_____

AMENDED CAPTION NOTICE

_____

TO: Counsel and Parties

Upon review of appellants' docketing statement, and finding that Sheriff Melvin C. High has not been named as an adverse party to this appeal, we have amended the caption of this appeal as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

Michael Radday, Deputy Clerk
804-916-2702